# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW LYNAM,<br><br>　　　　Defendant. | Case No.: 2:20-mj-00456-BNW-2<br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>ANDREW LYNAM<br>(ID#) 08135403 |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:　WARDEN,
　　　CLARK COUNTY DETENTION CENTER
　　　LAS VEGAS, NEVADA
　　　UNITED STATES MARSHAL FOR THE DISTRICT OF
　　　NEVADA AND ANY OTHER UNITED STATES MARSHAL

## GRETINGS

WE COMMAND that you have the body of **ANDREW LYNAM** detained in the custody of the Warden, Clark County Detention Center before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about **June 15, 2020, at 3:00 PM in ctrm. #3D**, for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until the said **ANDREW LYNAM** is released and discharged by the said Court; and that you shall thereafter return the said **ANDREW LYNAM** to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED: June 2, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Date: 6/3/2020

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk