```
1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   SYLVIA A. IRVIN
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Sylvia_Irvin@fd.org
6
   Attorney for Andrew Lynam
7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW LYNAM,<br><br>　　　　Defendant, | Case No. 2:20-mj-00456-VCF-2<br><br>**NOTICE OF APPEARANCE** |

    Pursuant to the Court's order [ECF No. 13], notice is hereby given that Assistant Federal Public Defender Sylvia A. Irvin, will serve as counsel for the above-captioned defendant.

    Counsel's address is as follows:

> Federal Public Defender
> 411 E. Bonneville Avenue, Suite 250
> Las Vegas, Nevada 89101

DATED June 15, 2020　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　By　*/s/ Sylvia A. Irvin*
　　　　　　　　　　　　　　　　SYLVIA A. IRVIN
　　　　　　　　　　　　　　　　Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on, June 15, 2020, she served a copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to all parties of record including the persons named below:

>NICHOLAS TRUTANICH
>United States Attorney
>NICHOLAS D. DICKINSON
>Assistant United States Attorney
>501 Las Vegas Blvd, Suite 1100
>Las Vegas, NV 89101

>/s/ Felicia Darensbourg
>Employee of the Federal Public Defender