RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577 Phone
(702) 388-6261 Fax
Sylvia_Irvin@fd.org

Attorney for Andrew Lynam

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-456-BNW |
| Plaintiff, | **NOTICE OF FILING EXHIBIT OF LETTERS OF SUPPORT** |
| v. | |
| ANDREW LYNAM, | |
| Defendant. | |

    The Defendant Andrew Lynam, through his counsel, Assistant Federal Public Defender Sylvia A. Irvin, submits this Notice of Filing Exhibit and supporting letters for this Court's review in preparation for the detention hearing scheduled for today, June 16, 2020, at 1:30pm.

    **Cumulative Exhibit 1:**  Letters of Support from Family and Friends

    DATED this 16th day of June, 2020.

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Sylvia A. Irvin*
SYLVIA A. IRVIN
Assistant Federal Public Defender
Attorney for Andrew Lynam

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on June 16, 2020, she served an electronic copy of the above and foregoing **NOTICE OF FILING OF EXHIBIT OF LETTERS OF SUPPORT** by electronic service (ECF) to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney
NICHOLAS DICKINSON
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Felicia Darensbourg*
Employee of the Federal Public Defender