PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [ ] INFORMATION  [✓] INDICTMENT

CASE NO. 2:20-cr-128

Matter Sealed: [ ] Juvenile  [ ] Other than Juvenile
[ ] Pre-Indictment Plea  [ ] Superseding  [ ] Defendant Added
                        [ ] Indictment   [ ] Charges/Counts Added
                        [ ] Information

USA vs.
Defendant: ANDREW LYNAM

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — Las Vegas
DISTRICT OF NEVADA — Divisional Office

Address:

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich
[ ] U.S. Atty  [ ] Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): Nicholas Dickinson

[ ] Interpreter Required  Dialect: _____

Birth Date: _____
[✓] Male  [ ] Female  [ ] Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Blake Vogt ~ FBI

Social Security Number _____

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

### DEFENDANT

Issue: [ ] Warrant  [ ] Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

[✓] Currently in Federal Custody
[ ] Currently in State Custody
   [ ] Writ Required
[ ] Currently on bond
[ ] Fugitive

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Atty  [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.
20-mj-00456-VCF

Defense Counsel (if any): _____
[ ] FPD  [ ] CJA  [ ] RET'D
[ ] Appointed on Target Letter

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
JUN 17 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Place of offense: _____ County

[ ] This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|-----|---|---|---|
|  | 18 U.S.C. §§ 844 (f), (i) and (n) | Conspiracy to damage and destroy by fire and explosive | 1 |
|  | 26 U.S.C. §§ 5841, 5861(d), and 5871 | Possession of unregistered firearms | 2 |