UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

```
                                          FILED          RECEIVED
                                          ENTERED        SERVED ON
                                                  COUNSEL/PARTIES OF RECORD

                                               JUN 17 2020

                                          CLERK US DISTRICT COURT
                                            DISTRICT OF NEVADA
                                          BY:_____ DEPUTY
```

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE **November 7, 2018** TERM. **18-1** | MINUTES OF COURT<br>DATE: June 17, 2020 @ 11:59 a.m. to 12:00 p.m. |

PRESENT:     The Honorable    **Elayna J. Youchah**   , U.S. Magistrate Judge.

DEPUTY CLERK:           **Elvia Garcia**          REPORTER:    **Phyllis Anderson**

UNITED STATES ATTORNEY:  **Peter Levitt**          COURTROOM:   **4B**

A roll call of the Grand Jury is taken with **19** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is **0** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrant issue where indicated.

| | | |
|---|---|---|
| 2:20-cr-128 KJD BNW<br>2:20-mj-456 VCF | STEPHEN T. PARSHALLO<br>Aka: "Kiwi",<br>ANDREW LYNAM, and<br>WILLIAM L. LOOMIS | LOCAL FEDERAL CUSTODY<br><br>LOCAL FEDERAL CUSTODY<br>LOCAL FEDERAL CUSTODY |
| 2:20-cr-129 JAD EJY | TIMOTHY WILSON | SUMMONS |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:20-cr-128** will be held on **Wednesday, June 24, 2020 @1:00 pm** before **MAGISTRATE JUDGE CAM FERENBACH in Courtroom 3D**.

**IT IS ORDERED** that the Initial Appearance / Arraignment & Plea as to: **2:20-cr-129** will be held on **Thursday, June 25, 2020 @2:30 pm** before **MAGISTRATE JUDGE CAM FERENBACH in Courtroom 3D**.

The Arraignment and Plea will be held at the time of the Initial Appearance.

DEBRA KEMPI, Clerk

United States District Court

/S/ Elvia Garcia

Deputy Clerk