ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
robert@draskovich.com
Attorney for Defendant Parshall

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:20-CR-00128-KJD-BNW |
| Plaintiff, | |
| vs. | ***STIPULATION TO CONTINUE CALENDAR CALL AND TRIAL DATE*** |
| STEPHEN T. PARSHALL, ANDREW LYNAM, and WILLIAM L. LOOMIS, | (First Request) |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between NICHOLAS A. TRUTANICH, United States Attorney, and NICHOLAS D. DICKINSON, counsel for the United States of America; ROBERT M. DRASKOVICH, counsel for Defendant, STEPHEN T. PARSHALL, THOMAS F. PITARO, counsel for Defendant, ANDREW LYNAM, and RICHARD A. WRIGHT and MONTI LEVY, counsel for Defendant, WILLIAM L. LOOMIS, that the calendar call currently scheduled for August 18, 2020 at the hour of 9:00 a.m. and the trial currently scheduled for August 24, 2020 at 9:00 a.m. be vacated for at least ninety (90) days and set to a date and time convenient to the Court.

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including October 23, 2020, to file any and all pretrial motions and notices of defense.

1

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 6, 2020, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 13, 2020, to file any and all replies to dispositive motions.

This Stipulation is entered into for the following reasons:

1. Parties require additional time to review discovery in preparation for trial.
2. Parties require additional time to review the government's evidence with the Defendants to determine whether the case should be resolved outside of trial.
3. Defendants are incarcerated and do not object to the request for continuance.
4. Denial of this request for continuance would deny counsel for the defendants sufficient time within which to be able to effectively and thoroughly research this case, taking into account the exercise of due diligence.
5. Additionally, denial of this request for continuance could result in a miscarriage of justice.
6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code §§ 3161(h)(7)(A), Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

This is the first request to continue trial date filed herein.

DATED this 31st day of July, 2020.

| | |
|---|---|
| Robert M. Draskovich | NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY<br>Nicholas D. Dickinson |
| /s/_____<br>ROBERT M. DRASKOVICH, ESQ.<br>Nevada Bar No. 6275<br>Attorney for Defendant Parshall | /s/_____<br>NICHOLAS D. DICKINSON<br>Assistant United States Attorney<br>Attorney for Plaintiff |

2

| | |
|---|---|
| Thomas F. Pitaro<br>/s/_____<br>THOMAS F. PITARO, ESQ.<br>Nevada Bar No. 1332<br>Attorney for Defendant Lynam | Richard A. Wright<br>/s/_____<br>RICHARD A. WRIGHT, ESQ.<br>Nevada Bar No. 886<br>MONTI LEVY, ESQ.<br>Nevada Bar No. 8158<br>Attorneys for Defendant Loomis |

/ / /

/ / /

/ / /

/ / /

/ / /

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
robert@draskovich.com
Attorney for Defendant Parshall

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> STEPHEN T. PARSHALL, ) <br> ANDREW LYNAM, and ) <br> WILLIAM L. LOOMIS, ) <br> Defendants. ) <br> _____ ) | CASE NO: 2:20-CR-00128-KJD-BNW <br><br> ***FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER*** |

  Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court finds:

1. Parties require additional time to review discovery in preparation for trial.

2. Parties require additional time to review the government's evidence with the Defendants to determine whether the case should be resolved outside of trial.

3. Defendants are incarcerated and do not object to the request for continuance.

4. Denial of this request for continuance would deny counsel for the defendants sufficient time within which to be able to effectively and thoroughly research this case, taking into account the exercise of due diligence.

4

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code §§ 3161(h)(7)(A), Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein excludable under the Speedy Trial Act, Title 18, United States Code §§ 3161(h)(7)(A), Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## ORDER

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including October 23, 2020, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 6, 2020, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 13, 2020, to file any and all replies to dispositive motions.

5

IT IS HEREBY ORDERED that the calendar call currently scheduled for August 18, 2020 at the hour of 9:00 a.m. be vacated and continued to _____ at the hour of _____, and the trial currently scheduled for August 24, 2020 at 9:00 a.m. be vacated and continued to _____ at the hour of _____.

DATED AND DONE this \_\_\_\_ day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant Parshall