RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
WRIGHT MARSH & LEVY
300 S. 4th Street
Suite 701
Las Vegas, NV 89101
Ph: (702)382-4004
Fax: (702)382-4800
mlevy@wmllawlv.com

Attorney for William Loomis

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:20-CR-00128-KJD-BNW |
| vs. | |
| STEPHEN T. PARSHALL, ANDREW LYNAM, and WILLIAM LOOMIS, | **STIPULATION TO CONTINUE CALENDAR CALL AND TRIAL DATE**  **(Sixth Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Jason M. Frierson, United States Attorney, District of Nevada, Daniel Schiess, Assistant United States Attorney, counsel for the United States of America; Richard A. Wright, Esquire and Monti Jordana Levy, Esquire, counsel for Defendant William L. Loomis, Robert M. Draskovich, Esquire, counsel for Defendant Stephan T. Parshall; Thomas F. Pitaro, Esquire, counsel for Defendant Andrew Lynam; that the calendar call scheduled for October 25, 2022, at 9:00 a.m. and the trial scheduled for October 31, 2022, at 9:00 a.m., be vacated and continued to a date and time convenient to the Court but no sooner than May 6, 2023.

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including January 30, 2023, to file any pretrial motions and notices of defense.

1    IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including February 13, 2023, to file any responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including February 20, 2023, to file any responsive pleadings.

This stipulation is entered into for the following reasons:

1. The Defendants need additional time to review discovery and to prepare for trial, and to consider negotiations.

2. The discovery in this case includes numerous lengthy recordings of the interactions of the defendants with a cooperating individual and an undercover agent. Many of the recordings are difficult to hear and the review with the defendants is difficult because of their detention and the difficulties of meeting in person with the defendants due to the pandemic. The utilization of video visits, which are difficult to arrange are not an adequate method to review audio recordings. Counsel for Defendant Loomis has utilized an audio enhancement expert for analysis of some of the evidence and this is an ongoing process.

3. The defendants are incarcerated and do not object to the request for a continuance.

4. The denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendant in a speedy trial.

5. The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and (H); and (h)(6) and (7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

6. Additionally, for informational purposes only, Defense counsel are still in the process of attempting to negotiate a global resolution of the State of Nevada case and this case (both of which arise from the same conduct of the defendants) and all parties want to continue the federal case until after the state case which is scheduled for trial on February 6, 2023.

///

///

7. This is the sixth request for a continuance filed herein.

DATED this 5th day of October, 2022.

| WRIGHT MARSH & LEVY | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ Richard A. Wright<br>  RICHARD A. WRIGHT, ESQUIRE<br>  MONTI JORDANA LEVY, ESQUIRE<br>  Counsel for Defendant Loomis | By /s/ Daniel Schiess<br>  DANIEL SCHIESS<br>  Assistant United States Attorney |
| THE DRASKOVICH LAW GROUP | PITARO & FUMO, CHTD. |
| By /s/ Robert M. Draskovich<br>  ROBERT M. DRASKOVICH, ESQUIRE<br>  Counsel for Defendant Parshall | By /s/ Thomas F. Pitaro<br>  THOMAS F. PITARO, ESQUIRE<br>  Counsel for Defendant Lynam |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:20-CR-00128-KJD-BNW |
| vs. ) | |
| STEPHEN T. PARSHALL, ) ANDREW LYNAM, and ) WILLIAM LOOMIS, ) | **FINDINGS AND ORDER ON STIPULATION** |
| Defendant. ) | |

Based on the pending Stipulation between the defense counsel and the government, and good cause appearing therefore, the Court hereby finds that:

1. The Defendants need additional time to review discovery and to prepare for trial, and to consider negotiations.

2. The discovery in this case includes numerous lengthy recordings of the interactions of the defendants with a cooperating individual and an undercover agent. Many of the recordings are difficult to hear and the review with the defendants is difficult because of their detention and the difficulties of meeting in person with the defendants due to the pandemic. The utilization of video visits, which are difficult to arrange are not an adequate method to review audio recordings. Counsel for Defendant Loomis has utilized an audio enhancement expert for analysis of some of the evidence and this is an ongoing process.

3. The defendants are incarcerated and do not object to the request for a continuance.

4. The denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendant in a speedy trial.

5. The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and (H); and (h)(6) and (7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

4

6.     Additionally, for informational purposes only, Defense counsel are still in the process of attempting to negotiate a global resolution of the State of Nevada case and this case (both of which arise from the same conduct of the defendants) and all parties want to continue the federal case until after the state case which is scheduled for trial on February 6, 2023.

7.     This is the sixth request for a continuance filed herein.

*******************************

## ORDER

THEREFORE, it is ORDERED that the parties shall have to and including September 18, 2023, to file any pretrial motions and notices of defense.

IT IS FURTHER ORDERED, that the parties shall have to and including October 2, 2023 to file any responsive pleadings.

IT IS FURTHER ORDERED, that the parties shall have to and including October 9, 2023, to file any responsive pleadings.

IT IS FURTHER ORDERED that the calendar call and trial in the above-captioned matters currently scheduled for October 25, 2022, and July October 31, 2022, respectively, respectfully, be vacated and continued to a date and time convenient to this court, that is calendar call <u>November 7, 2023</u>, at the hour of 9:30 a.m., and trial <u>November 13, 2023</u>, at the hour of 9:00 a.m. in courtroom 4A.

DATED this <u>11th</u> day of October, 2022.

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE