JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
dan.schiess@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:20-cr-00128-KJD-BNW |
| Plaintiff, | |
| v. | **Unopposed Motion to Dismiss Indictment Against Defendant Lynam Only** |
| Andrew Lynam, | |
| Defendant. | |

The United States, by and through Jason M. Frierson, United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, seeks leave of Court to dismiss the indictment without prejudice against defendant Andrew Lynam only. Federal Rule of Criminal Procedure 48(a) authorizes the United States to seek leave of court to dismiss an indictment. The United States seeks to do so here for defendant Lynam only because he recently pled guilty and was sentenced on March 2, 2023, in the Clark County, Nevada,

District Court, in case number C-20-348860-1, for crimes he committed arising out of the same acts that support the federal indictment against him in this case.

      This motion is unopposed by defendant Lynam.

                          JASON M. FRIERSON
                           United States Attorney

                           */s/ Daniel R. Schiess*
                           _____
                           Assistant United States Attorney

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
dan.schiess@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Andrew Lynam,<br><br>Defendant. | 2:20-cr-00128-KJD-BNW<br><br>Order Granting Unopposed Motion to Dismiss Indictment Against Defendant Lynam Only |

The United States has filed an unopposed motion seeking leave to dismiss the indictment without prejudice against defendant Andrew Lynam only. Federal Rule of Criminal Procedure 48(a) authorizes the United States to seek leave of court to dismiss an indictment. The United States seeks to dismiss the indictment against defendant Lynam because he recently pled guilty and was sentenced on March 2, 2023, in the Clark County, Nevada, District Court, in case number C-20-348860-1, for crimes he committed arising out of the same acts that support the federal indictment against him in this case.

For good cause appearing, and in the interest of justice, IT IS HEREBY ORDERED that the indictment is dismissed against defendant Lynam only

3

DATED this 17th day of April, 2023.

_____
United States District Judge